Upon consideration of the motion for admission pro hac vice of Thomas A. Clare, it is ordered by the court that the motion is denied. The motion was not timely filed pursuant to this court's March 15, 2013 order. No further motions for pro hac vice admission may be filed by attorney Thomas A. Clare in this matter.

## APPEALS NOT ACCEPTED FOR REVIEW

2013-0152.  Bank of New York v. Elliot.
Cuyahoga App. Nos. 97506 and 98179, 2012-Ohio-5285. Upon consideration of the jurisdictional memoranda filed in this case, the court declines to accept jurisdiction of the appeal pursuant to S.Ct.Prac.R. 7.08(B)(4).

## MISCELLANEOUS DISMISSALS

2012-0552.  State ex rel. Clodfelter v. Indus. Comm.
Franklin App. No. 10AP–1077, 2012-Ohio-1066. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

2013-0433.  In re Application to Modify Exemption Granted to E. Ohio Gas Co.
Public Utilities Commission, No. 12–1842–GA–EXM.

2013-0449.  Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.
Board of Tax Appeals, No. 2010–W–3563.

2013-0451.  State ex rel. RFFG, L.L.C. v. Ohio Bur. of Workers' Comp.
Franklin App. No. 11AP–647, 2013-Ohio-241.

2013-0470.  Richmond Hts. Ctr., L.L.C. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2012–Q–2390.

2013-0509.  State ex rel. Metz v. GTC, Inc.
Franklin App. No. 12AP–56, 2013-Ohio-461.

2013-0514.  Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.
Board of Tax Appeals, Nos. 2012–A–2823 and 2012–A–3289.

## CASE ANNOUNCEMENTS
*April 17, 2013*

[Cite as *04/17/2013 Case Announcements*, 2013-Ohio-1523.]

## MOTION AND PROCEDURAL RULINGS

2013-0152.  Bank of New York v. Elliot.
Cuyahoga App. Nos. 97506 and 98179, 2012-Ohio-5285. Upon consideration of the motion to stay an eviction on April 19, 2013, it is ordered by the court that the motion is denied as moot.